IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN VAN ALST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 4221 |
| | ) | |
| GC SERVICES, LP, | ) | Judge Dow |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF OFFER OF JUDGMENT**

NOW COMES the Plaintiff, RYAN VAN ALST by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and accepts the Offer of Judgment against the defendant, GC SERVICES, LP, in the amount of $2,250.00 inclusive of attorneys fees and costs, pursuant to Rule 68, served upon plaintiff on August 6, 2008 and attached hereto as Exhibit A.

Respectfully Submitted,
**RYAN VAN ALST**

By:     Larry P. Smith

LARRY P. SMITH & ASSOCIATES, LTD.
205 N. Michigan Ave., Suite 4000
Chicago, IL 60601
Phone: (312) 222-9028
Fax:    (312) 602-3911
E-mail: lsmith@lpsmithlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN VAN ALST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GC SERVICES LIMITED PARTNERSHIP, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 08 CV 4221 <br><br> Judge Dow <br><br> Magistrate Judge Nolan |

**CERTIFICATE OF SERVICE**

TO:   Larry P. Smith
      Larry P. Smith & Associates, Ltd.
      205 N. Michigan Ave., 40th Floor
      Chicago, IL 60601

    I, Todd P. Stelter, certify that I served this notice and **Rule 68 Offer of Judgment** via U.S. Mail to counsel of record, by depositing the same in the U.S. Mail from 222 North LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m., on the 5th day of August, 2008, with proper postage prepaid.

                                                                           Todd P. Stelter

Todd P. Stelter
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601
312/704-3000
312/704-3001 (fax)

6347836v1 46121

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN VAN ALST,<br><br>    Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | )<br>)<br>)<br>)  Case No.: 08 CV 4221<br>)<br>)  Judge Dow<br>)<br>)  Magistrate Judge Nolan<br>)<br>) |

## RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, GC SERVICES LIMITED PARTNERSHIP, ("defendant"), by and through its attorney, Todd P. Stelter, hereby offers to allow judgment to be taken against them and in favor of RYAN VAN ALST, ("plaintiff"), as follows:

1.    Judgment shall be entered against defendant in the amount of $2,250.00 arising from plaintiff's claims against defendant as alleged in plaintiff's complaint in the herein matter.

2.    The $2,250.00 judgment to be entered shall be considered inclusive of all of plaintiff's reasonable attorney fees and costs incurred by plaintiff in connection with the claims alleged, as well as any/all additional costs, fees, penalties, interest and/or damages alleged.

3.    If defendant's offer is accepted, plaintiff agrees to release all claims he/she has or could have brought against defendant and/or any of its parents, subsidiaries, affiliates, officers, partners, employees, agents, attorneys, successors, predecessors and/or assigns, which arise from the transaction and/or form the basis for any of plaintiff's claims, including the facts set forth in plaintiff's complaint in this matter, including any claims for costs, attorney fees, statutory penalties, damages and interest.

4.      This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that the defendant is liable in this action, that the plaintiff has suffered any damage, or for any other reason.

Dated: August 5, 2008

Respectfully Submitted,

By:_____
Attorney for GC SERVICES LIMITED PARTNERSHIP

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Fax: (312) 704-3001

808779v1

6347776v1 46121