## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4221 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Ryan Van Alst vs. GC Services Ltd. Partnership | | |

**DOCKET ENTRY TEXT**

Pursuant to Acceptance of Offer of Judgment [8] and Rule 68 Offer of Judgment [8-2], Judgment is entered against defendant in the amount of $2,250.00 arising from plaintiff's claims against defendant as alleged in plaintiff's complaint in the herein matter.  Civil case terminated.  Status hearing date of 9/23/08 is stricken.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | TBK |